FILED

2006 JUL 19 P 3:51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPLICATION FOR A WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. § 2241
## BY A PERSON IN FEDERAL CUSTODY

Chanrathana Khem,
03597-049, Petitioner,
Full Name and Prisoner Number

Danbury Federal Prison Camp
Complete Prison Address (Place of Confinement)

Route 37

Danbury, CT 06811

Case No. 3:06 CV 1114 (AWT)
(To be supplied by the Court)

Bill Willingham, Warden
Federal Correctional Institute, Danbury, CT.
Respondent,
(Name of Warden, Superintendent or
authorized person having custody of petitioner)
(Do not use *et al.*)

    and

_____, Additional Respondent.
(List additional persons having custody
of petitioner, if any)

CONVICTION UNDER ATTACK

1) Name and location of the court which entered the judgment of conviction under attack  United States Districts for the districts of N.H.

2) Date judgment of conviction was entered  January 19, 2005

3) Case number  05-CR-88-01-PB

4) Type and length of sentence imposed  33 months

5) Are you presently serving a sentence imposed for a conviction other than the conviction under attack in this motion?  Yes ___  No ✓

6) Nature of the offense involved (all counts)  Count 1: (18:1951) Conspiracy to obstruct, Delay or affect commerce Through robbery.

7) What was your plea? (check one)
Not Guilty ___  Guilty ✓  Nolo Contendere ___

8) If you entered a guilty plea to one count or indictment, and a not guilty plea to another court or indictment, give details:

N/A

9) If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement  33 months, 2 yrs. Supervision and restitution.

10) Kind of trial (check one)   Jury ___  Judge only ✓

11) Did you testify at trial?  Yes ___  No ✓

DIRECT APPEAL

12) Did you appeal from the judgment of conviction?   Yes ___  No ✓

13) If you did appeal, give the name and location of the court where the appeal was filed, the result, the case number and date of the court's decision (or attach a copy of

the court's opinion or order): _____

_____

_____

_____

14) If you did not appeal, explain briefly why you did not: My attorney advised against it.

a) Did you seek permission to file a late appeal? Yes ___ No ✓

## POST-CONVICTION PROCEEDINGS

15) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?   Yes ___ No ✓

16) If your answer to 15 was "Yes," give the following information:

    a) FIRST petition, application or motion.

        1. Name of court _____

        2. Nature of proceeding _____

        3. Claims raised _____

        4. Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No ___

        5. Result _____

        6. Date of result _____

        7. Did you appeal the result to the federal appellate court having

jurisdiction? Yes ___ No ___ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

_____

_____

8. If you did not appeal, briefly explain why you did not _____

_____

_____

b) As to any SECOND petition, application or motion, give the following information:

1. Name of court _____

2. Nature of proceeding _____

_____

3. Claims raised _____

_____

4. Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No ___

5. Result _____

6. Date of result _____

7. Did you appeal the result to the federal appellate court having jurisdiction? Yes ___ No ___ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) ____

_____

_____

_____

8. If you did not appeal, briefly explain why you did not _____

c) As to any THIRD petition, application or motion, give the following information:

1. Name of court _____

2. Nature of proceeding _____

3. Claims raised _____

4. Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No ___

5. Result _____

6. Date of result _____

7. Did you appeal the result to the federal appellate court having jurisdiction? Yes ___ No ___ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) _____

8. If you did not appeal, briefly explain why you did not _____

## CLAIMS

17) State concisely every claim that you are being held unlawfully. Summarize briefly the facts supporting each claim. If necessary, you may attach extra pages stating additional claims and supporting facts. You should raise in this petition all claims for relief which relate to the conviction under attack.

In order to proceed in federal court, you ordinarily must exhaust the administrative remedies available to you as to each claim on which you request action by the federal court.

Claim One: <u>Petitioner challenges decision of the respondent denying any more than 85 days (Approx.) of Community Confinement at the conclusion of ~~~~ her Sentence.</u>

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts supporting this claim) Petitioner is eligible for placement at a CCC or Home confinement 180 days prior to projected release from Federal Custody and under past practice at federal Prison Camp Danbury, would likely have received at, or approaching 180 days CCC or home confinement

(2) Did you seek administrative relief as to claim one? Yes __ No ✓. If your answer is "Yes," describe the procedure followed and the result. If your answer is "No," explain why you did not seek administrative relief: <u>Petitioner did not intiate an administrative appeal of the 10% date announced. Utilization of that remedial mechanism, which is the only one available, is and was futile and therefore unnecessary prior to seeking judicial relief.</u>

Claim Two: _____

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

(2) Did you seek administrative relief as to claim one? Yes ___ No ___. If your answer is "Yes," describe the procedure followed and the result. If your answer is "No," explain why you did not seek administrative relief: _____

_____

_____

_____

Claim Three: _____

_____

_____

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

(2) Did you seek administrative relief as to claim one? Yes ___ No ___. If your answer is "Yes," describe the procedure followed and the result. If your answer is "No," explain why you did not seek administrative relief: _____

_____

_____

_____

18) Do you have any petition, application, motion or appeal now pending in any court, either state or federal, regarding the conviction under attack? Yes ___ No ___. If "Yes," state the name of the court, case file number (if known), and the nature of the proceeding: _____

_____

_____

_____

19) State briefly why you believe that the remedy provided by 28 U.S.C. § 2255 (Motion to Vacate Sentence) is inadequate or ineffective to test the legality of your detention: I am not asking to vacate my sentence only to amend how my sentence is carried out.

_____

Wherefore, petitioner prays that the court grant him such relief to which he may be entitled in this proceeding.

_Candis Wheeler-Lamanna_
Signature of ~~Attorney~~ (if any)
Notary

**CANDIS JO... WHEELER-LAMANNA**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES APR. 30, 2009

Federal Prison Camp
33½ Pembroke Road
Danbury, CT 06811-3099
Attorney's Full Address and Telephone Number
(203) 743-6471

_Chansathara Khem_
Petitioner's Original Signature

_03597-049_
Petitioner's Inmate Number

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the petitioner in this action, that he/she has read this petition and that the information contained in the petition is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Danbury_ on _7-11-06_
(Location)          (Date)

_Chansathara Khem_
Petitioner's Original Signature